Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

|  |  |
|---|---|
| MALIBU MEDIA, LLC, | ) Case Number: 3:15-cv-05386-WHA )  )  )  )  ) |
| vs. | ) )  ) |
| JOHN DOE subscriber assigned IP address 24.4.56.29, | )  )  ) |
| Defendant. | )  ) |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF THE
CASE MANAGEMENT CONFERENCE**

Plaintiff, Malibu Media, LLC, moves for entry of an order continuing the Case Management Conference set for March 10, 2016, at 11:00 A.M., and states:

1.  Pursuant to this Court's Order entered on February 8, 2016, the Case Management Conference is set for March 10, 2016, at 11:00 A.M.

2.  On January 26, 2016, Plaintiff was granted leave to serve a third party subpoena on Comcast Cable Communications ("ISP"), to obtain the Defendant's identifying information [CM/ECF 10]. Plaintiff served the subpoena on the ISP on or about January 27, 2016.

3.   The ISP is due to responds with Defendant's identifying information by no later than March 14, 2016.

4.   Pursuant to this Court's Scheduling Order the parties are required to meet prior to the Case Management Conference to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26 (f).  As the ISP has not provided Defendant's information, such conferral cannot take place at this time.  Therefore, the Parties require additional time to meet and confer so that they may provide the Court with a proposed joint discovery plan.

5.   As such, Plaintiff hereby requests that the Case Management Conference currently set for March 10, 2016, at 11:00 A.M., be continued and re-set for a later date.

6.   Granting the instant motion will provide the Parties additional time needed to prepare the proposed discovery plan and submit to the Court prior to the Case Management Conference.

7.   This request is made in good faith and not made for the purpose of undue delay.

WHEREFORE, Plaintiff respectfully requests that the Case Management Conference currently set for March 10, 2016, at 11:00 A.M., be continued and re-set for a later date. A proposed order is attached for the Court's convenience.

Dated:  March 4, 2016

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum

BRENNA ERLBAUM, ESQ

Attorney for Plaintiff